IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEMPEST PUBLISHING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-736 |
| | § | |
| HACIENDA RECORDS AND RECORDING STUDIO, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Tempest Publishing's agreed motion to withdraw the stipulated protective order, (Docket Entry No. 25), is granted.

SIGNED on February 27, 2013, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge