# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TEMPEST PUBLISHING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-736 |
| | § | |
| HACIENDA RECORDS AND RECORDING | § | |
| STUDIO, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Hacienda Records's request for a one-week extension to file its expert designation and report is granted. The new deadline is March 8, 2013.

SIGNED on March 1, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge