# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEMPEST PUBLISHING, INC. D/B/A MUSICA ADELENA AND ALSO D/B/A MUSICA ARROZ | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO: 4:12-cv-000736 |
| HACIENDA RECORDS AND RECORDING STUDIO, INC., HACIENDA RECORDS, L.P., LATIN AMERICAN ENTERTAINMENT, LLC | § § § § § | |
| Defendants | § § | JURY TRIAL DEMANDED |

**AFFIDAVIT OF** _____, being duly sworn and personally appearing before the undersigned attesting officer, duly authorized by law to administer oaths, deposes and says that the within statements are true and correct:

1.

I have read the Stipulated Protective Order Regarding Documents Produced by Expert Wayne Coleman, attached hereto and I understand its terms and meanings.

2.

I agree that my signature below submits me to the jurisdiction of the United States District Court for the Southern District of Texas, Houston Division, in which the action of *Tempest Publishing, Inc., D/B/A Musica Adelena and also D/B/A Musica Arroz v. Hacienda Records and Recording Studio, Inc., Hacienda Records, L.P., Latin American Entertainment, LLC, Civil Action No. 4:12-cv-000736* is pending, and binds me to the provisions of the

1

Stipulated Protective Order, including to all promises undertaken in the Order, as if originally agreed by me, and agree not to disclose the Protected Documents to anyone other than myself.

Further Affiant sayeth not.

This _____ day of _____, 2013.

_____
AFFIANT

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2013.

_____
NOTARY PUBLIC

My Commission Expires:

s/941.15/exhibit a affidavit

2