IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEMPEST PUBLISHING, INC., | § § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. H-12-736 |
| HACIENDA RECORDS AND RECORDING STUDIO, INC., *et al.*, | | |
| Defendants. | | |

**ORDER**

For the reasons stated by the court in the April 8, 2013 hearing held in this case, the pretrial motions deadline is extended to May 30, 2013.

SIGNED on April 11, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge