IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEMPEST PUBLISHING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-736 |
| | § | |
| HACIENDA RECORDS AND RECORDING | § | |
| STUDIO, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The parties have informed the court that they are having difficulty scheduling the deposition of Roman Martinez before the deadline for Hacienda's response to Tempest's supplement to its summary-judgment motion. Hacienda may depose Martinez on August 28, 2013, as the parties previously agreed. Hacienda's response brief will be due September 6, 2013. Docket call is rescheduled for October 4, 2013 at 10:00 a.m. in Courtroom 11-B. The joint proposed pretrial order will be due September 29, 2013.

SIGNED on August 6, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge