IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEMPEST PUBLISHING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-736 |
| | § | |
| HACIENDA RECORDS AND RECORDING | § | |
| STUDIO, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The pretrial conference set for September 16, 2013 is cancelled. The parties joint pretrial order is due by October 1, 2013. The docket call remains set for October 4, 2013, at 10;00 a.m.

SIGNED on August 8, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge