IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEMPEST PUBLISHING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-736 |
| | § | |
| HACIENDA RECORDS AND RECORDING | § | |
| STUDIO, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The court will consider the reply brief filed in this case. A brief response, limited to the arguments and evidence raised for the first time in the reply, may be filed no later than Monday, September 23, 2013.

SIGNED on September 16, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge