IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEMPEST PUBLISHING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-736 |
| | § | |
| HACIENDA RECORDS AND RECORDING STUDIO, INC., *et al.*, | § § | |
| | § | |
| Defendants. | § | |

### ORDER

On November 5, 2013, Hacienda filed proposed findings of fact and conclusions of law (Docket Entry No. 123) following a three-day bench trial held between October 21, 2013 and October 23, 2013. Tempest Publishing, Inc. emailed objections to that filing and asked the court to strike it from the docket. The court construes those emails as a motion to strike Hacienda's proposed findings of fact and conclusions of law from the docket and denies the motion.

After a bench trial, parties often file proposed findings of fact and conclusions of law. Hacienda's filing merely summarizes what it previously asserted and presented. Tempest is free to file its own proposed findings of fact and conclusions of law but should not in any way feel compelled to do so. Tempest, like Hacienda, has thoroughly explained the findings and conclusions it would like this court to make, given the evidence and the law. No additional or repeated presentation is required.

SIGNED on November 6, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge