IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEMPEST PUBLISHING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-736 |
| | § | |
| HACIENDA RECORDS AND RECORDING | § | |
| STUDIO, INC., *et al*., | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Based on the prior rulings in this case, including the Memorandum and Opinion granting the defendants' motion for partial summary judgment, the partial directed verdict entered in the defendants' favor entered during the bench trial, and the Findings of Fact and Conclusions of Law issued this date, the court enters final judgment, as follows:

1. Tempest Publishing, Inc. takes nothing on its infringement claims for the songs *Buscando un Cariño*, *Morenita de Ojos Negros*, and *Mi Amor es Tuyo*.

2. Hacienda Records, L.P. and Latin American Entertainment, LLC are liable to pay Tempest Publishing, Inc. damages in the amount of $5,000 for infringing the copyright to the song *Somos Dos Gatos*.

3. Neither side is liable to pay the other side's attorneys' fees.

The plaintiff has not pursued damages against the individual defendants or against Hacienda Records and Recording Studio, Inc. The claims against these defendants are dismissed.

SIGNED on March 18, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge